**UNITED STATES BANKRUPTCY COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**

| In Re: | Case No. | 10-69679-CRM |
|---|---|---|
| JONES, JEFFREY THEODORE AND JONES, ELIZABETH HELEN | **Chapter** | 7 |
| **Debtors(s)** | **Trustee** | M. Denise Dotson |

### INTERIM REPORT OF TRUSTEE

1. For the period ending 09/30/2010.

2. Date of section. 341(a) meeting :        05/07/2010
   Date appointed accepted:        04/02/2010

3. Funds on hand (from the Estate Cash Receipts and Disbursements Record - Form 2)

   Total receipts                    $0.00
   Total Disbursements               $0.00                    **Total**

   The amount of the Trustee's bond is:  Blanket Bond $52,350,000.00
   which is sufficient to cover the assets listed.

4. The value of assets remaining to be liquidated:                                        **$0.00**
   (from Individual Estate Property Record - Form 1, total of column 6)

   Assets for which insurance coverage has been obtained:        **(None)**

5. Projected total value to be realized (total of 3 + 4):                                **$0.00**

6. Major activities during the reporting period not reflected in the
   Individual Estate Property Record and Form 2:

7. Projected date of Final Report Before Distribution:        12/31/2011

                          **Trustee's Signature:**        /s/ M. DENISE DOTSON

                                            M. Denise Dotson
                                            170 Mitchell Street
                                            Atlanta, GA 30303

Date: 10/30/2010                                   (404) 526-8869

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

| | |
|---|---|
| Case No.: | 10-69679-CRM |
| Case Name: | JONES, JEFFREY THEODORE AND JONES, ELIZABETH HELEN |
| For the Period Ending: | 9/30/2010 |

| | |
|---|---|
| Trustee Name: | M. Denise Dotson |
| Date Filed (f) or Converted (c): | 04/02/2010 (f) |
| §341(a) Meeting Date: | 05/07/2010 |
| Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Single family home, Hamilton Mill Sub-D Location: 3419 Coopers Mill Court, Dacula GA 30019 | $175,000.00 | $0.00 | | $0.00 | FA |
| 2 | Checking account w/ Bnak of America | $300.00 | $0.00 | | $0.00 | FA |
| 3 | Furniture & Accessories | $2,000.00 | $0.00 | | $0.00 | FA |
| 4 | TV | $300.00 | $0.00 | | $0.00 | FA |
| 5 | Computer | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Books, Pictures, CD/DVD's | $400.00 | $0.00 | | $0.00 | FA |
| 7 | Yard/Garden tools | $250.00 | $0.00 | | $0.00 | FA |
| 8 | Kitchen appliances | $500.00 | $0.00 | | $0.00 | FA |
| 9 | Washer & Dryer | $300.00 | $0.00 | | $0.00 | FA |
| 10 | Clothing | $350.00 | $0.00 | | $0.00 | FA |
| 11 | Jewelry | $750.00 | $0.00 | | $0.00 | FA |
| 12 | Accounts receivable for roofing business, believed will not to be collected | $9,894.00 | $0.00 | | $0.00 | FA |
| 13 | 2002 Ford F-150 XLT 2D (131K miles) - Work Truck | $7,500.00 | $0.00 | | $0.00 | FA |
| 14 | 2002 Mazda MPV ES (127K miles) | $6,350.00 | $0.00 | | $0.00 | FA |
| 15 | 2000 Jeep Grand Cherokee (167K miles) | $4,700.00 | $0.00 | | $0.00 | FA |
| 16 | Various tools/Ladders | $500.00 | $0.00 | | $0.00 | FA |

| | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | **$209,294.00** | **$0.00** | **$0.00** | **$0.00** |

**Major Activities affecting case closing:**
Review transfers.

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2011 | /s/ M. DENISE DOTSON |
| Current Projected Date Of Final Report (TFR): | | M. DENISE DOTSON |